IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATE OF COLORADO; THE STATE OF FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE STATES OF INDIANA, MARYLAND, NEVADA, and TENNESSEE; and THE COMMONWEALTH OF VIRGINIA<br><br>v.<br><br>BEAZER HOMES USA, INC. | No. 3-10-1133 |

O R D E R

In accord with the order entered January 14, 2011 (Docket Entry No. 19), the United States filed a status report (Docket Entry No. 20), indicating that it would "endeavor to reach a determination" on or before February 7, 2011.

Therefore, by February 7, 2011, the United States shall file another status report, indicating by what date it will either move for entry of the consent decree or withdraw its consent to the settlement. If the United States has filed a motion for entry of the consent decree or taken other action prior to February 7, 2011, it is not necessary to file a status report on February 7, 2011.

The Clerk is directed to mail a copy of this order to Kenneth Khoury, General Counsel for the defendant, at 1000 Abernathy Road, Suite 1200, Atlanta, Georgia 30328, by regular, first class mail (only).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge