IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATE OF COLORADO; THE STATE OF FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE STATES OF INDIANA, MARYLAND, NEVADA, and TENNESSEE; and THE COMMONWEALTH OF VIRGINIA<br><br>v.<br><br>BEAZER HOMES USA, INC. | No. 3-10-1133 |

O R D E R

On February 7, 2011, the United States filed an unopposed motion (Docket Entry No. 22) to enter consent decree (Docket Entry No. 4-1).

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the unopposed motion.

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

The Clerk is directed to mail a copy of this order to Kenneth Khoury, General Counsel for the defendant, at 1000 Abernathy Road, Suite 1200, Atlanta, Georgia 30328, by regular, first class mail (only).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge